No. 92–7772. FRAGOSO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7775. PIERRE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–7776. MORALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7777. PULLAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7782. ZORRILLA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–7791. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7799. NETELKOS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7804. ROBERTSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–747. McCOLLOUGH ET UX. v. A. G. EDWARDS & SONS, INC., 506 U. S. 1050;

No. 92–6256. McFARLAND v. BETHLEHEM STEEL CORP. ET AL., 506 U. S. 1083;

No. 92–6869. LaFLAMME v. SPECTOR ET AL., ante, p. 930;

No. 92–6943. RODRIGUEZ v. KINCHELOE, ante, p. 933;

No. 92–7027. FERDIK v. WOODS, ATTORNEY GENERAL OF ARIZONA, ET AL., ante, p. 937;

No. 92–7115. McAFEE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 942; and

No. 92–7175. DeSHIELDS v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ante, p. 944. Petitions for rehearing denied.

No. 92–948. PHELPS v. CARLSON, WARDEN, ET AL., 506 U. S. 1072. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.